# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134883

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                               SC:  134883
                               COA:  278999
                               Baraga CC:  06-000948-FH
                                                06-000959-FH

KATHY LYNN SLEEP,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 7, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007 _____              _____

s1119                                                       Clerk